# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NATHANIEL SPEAK,**
**ADC #651149**                                                    **PLAINTIFF**

V.                     **CASE NO. 1:16-CV-65-KGB-BD**

**IZARD COUNTY DETENTION CENTER, et al.**                 **DEFENDANTS**

## ORDER

Nathaniel Speak, an Arkansas Department of Correction inmate formerly housed at the Izard County Detention Center ("Detention Center"), has moved to voluntarily dismiss this lawsuit and has requested that the Court order an investigation into the conditions at the Detention Center. (Docket entry #7) The motion (#7) is GRANTED, in part, and DENIED, in part. Mr. Speak's claims are DISMISSED, without prejudice. The Court lacks the authority to order an investigation into the conditions at the Detention Center. Therefore, that request is denied.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED, this 13th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE