IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NATHANIEL SPEAK,**
**ADC #651149**                                                                                          **PLAINTIFF**

V.                              CASE NO. 1:16-CV-65-KGB-BD

**IZARD COUNTY DETENTION CENTER, et al.**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE